```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF TEXAS
           FORT WORTH DIVISION
```

| | | |
|---|---|---|
| LAVINA RANDLE | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-142-Y |
| | § | |
| SHARKNINJA MANAGEMENT, LLC, | § | |
| ET AL. | § | |
| | § | |

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the parties' joint stipulation of dismissal (doc. 28) this case is **DISMISSED with prejudice**. The parties shall each bear their respective costs and attorney's fees. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

SIGNED January 3, 2024.

*[signature]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE